**Exhibit A**

**Doe #1 (70.20.96.86 2005-04-25 15:23:25 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hellboy | PA 1-204-679 |
| Warner Bros. Entertainment Inc. | The Last Samurai | PA 1-195-970 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Columbia Pictures Film Production Asia | Kung Fu Hustle | PAu 2-859-849 |

**Exhibit A**

**Doe #2 (68.236.182.164 2005-02-08 18:41:30 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Dune | PA 241-493 |
| Warner Bros. Entertainment Inc. | Million Dollar Baby | PA 1-250-671 |

**Exhibit A**

**Doe  #3 (151.197.110.116 2005-03-26 09:20:18 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Suspect Zero | PA 1-238-106 |
| Disney Enterprises, Inc. | National Treasure | PA 1-250-540 |

**Exhibit A**

**Doe #4 (138.88.75.124 2005-04-28 01:23:18 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Man On Fire | PA 1-210-108 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doe #5 (141.150.40.159 2005-05-04 01:08:25 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Million Dollar Baby | PA 1-250-671 |

**Exhibit A**

**Doe  #6 (141.151.16.160 2005-04-19 10:45:14 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Robots | PA 1-250-840 |

**Exhibit A**

**Doe  #7 (141.153.57.158 2005-05-06 03:34:59 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Film Production Asia | Kung Fu Hustle | PAu 2-859-849 |

**Exhibit A**

**Doe #8 (141.154.188.49 2005-04-13 00:12:11 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| New Line Productions, Inc. | Birth | PA 1-255-621 |

**Exhibit A**

**Doe #9 (151.196.27.200 2005-03-26 06:16:40 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Without a Paddle | PA 1-238-113 |
| Universal City Studios Productions LLLP | In Good Company | PA 1-273-251 |

**Exhibit A**

**Doe #10 (151.197.236.12 2005-03-26 22:08:11 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | The Jacket | PA 1-271-538 |

**Exhibit A**

**Doe #11 (151.197.255.68 2005-04-19 10:19:54 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Lemony Snicket's A Series of Unfortunate Events | PA 1-256-833 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doe #12 (151.199.133.62 2005-04-19 15:16:54 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Lemony Snicket's A Series of Unfortunate Events | PA 1-256-833 |

**Exhibit A**

**Doe  #13 (151.199.243.227 2005-03-26 20:06:00 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|-----------|-------------|------|
| Twentieth Century Fox Film Corporation | Sideways | PA 1-242-519 |

**Exhibit A**

**Doe #14 (151.202.231.147 2005-04-25 18:24:43 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|-----------|-------------|------|
| Columbia Pictures Film Production Asia | Kung Fu Hustle | PAu 2-859-849 |

**Exhibit A**

**Doe  #15 (151.203.7.152 2005-04-13 02:35:52 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| New Line Productions, Inc. | Birth | PA 1-255-621 |

**Exhibit A**

**Doe  #16 (4.3.6.248 2005-03-26 16:38:19 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Life Aquatic | PA 1-250-646 |

**Exhibit A**

**Doe  #17 (64.223.136.23 2005-04-12 09:06:03 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Lemony Snicket's A Series of Unfortunate Events | PA 1-256-833 |
| New Line Productions, Inc. | Birth | PA 1-255-621 |

**Exhibit A**

**Doe  #18 (66.171.164.7 2005-02-03 01:28:52 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | I Heart Huckabees | PA 1-239-676 |
| Paramount Pictures Corporation | Lemony Snicket's A Series of Unfortunate Events | PA 1-256-833 |

**Exhibit A**

**Doe  #19 (66.171.61.209 2005-04-12 23:07:05 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Guess Who | PA 1-266-170 |
| Columbia Pictures Film Production Asia | Kung Fu Hustle | PAu 2-859-849 |

**Exhibit A**

**Doe #20 (68.161.129.138 2005-03-26 17:22:08 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Meet The Fockers | PA 1-255-623 |

**Exhibit A**

**Doe  #21 (68.237.98.157 2005-04-13 02:04:58 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Meet The Fockers | PA 1-255-623 |

**Exhibit A**

**Doe  #22 (68.238.170.10 2005-04-19 09:59:42 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doe #23 (70.104.104.55 2005-04-25 23:33:08 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Film Production Asia | Kung Fu Hustle | PAu 2-859-849 |

**Exhibit A**

**Doe #24 (70.110.15.177 2005-03-27 00:36:25 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Meet The Fockers | PA 1-255-623 |

**Exhibit A**

**Doe  #25 (70.111.49.135 2005-04-28 04:20:57 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Film Production Asia | Kung Fu Hustle | PAu 2-859-849 |

**Exhibit A**

**Doe #26 (70.17.169.4 2005-04-13 02:21:34 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Film Production Asia | Kung Fu Hustle | PAu 2-859-849 |

**Exhibit A**

**Doe  #27 (70.18.144.200 2005-03-27 00:31:51 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Hide and Seek | PA 1-256-834 |

**Exhibit A**

**Doe  #28 (70.19.140.189 2005-03-26 20:06:17 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|-----------|-------------|------|
| Paramount Pictures Corporation | Lemony Snicket's A Series of Unfortunate Events | PA 1-256-833 |
| Universal City Studios Productions LLLP | Meet The Fockers | PA 1-255-623 |

**Exhibit A**

**Doe #29 (70.19.158.50 2005-04-27 11:57:02 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Guess Who | PA 1-266-170 |

**Exhibit A**

**Doe  #30 (71.101.5.88 2005-03-27 00:15:56 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | The Jacket | PA 1-271-538 |

**Exhibit A**

**Doe #31 (71.104.182.147 2005-04-12 04:56:47 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Lemony Snicket's A Series of Unfortunate Events | PA 1-256-833 |

**Exhibit A**

**Doe #32 (71.105.124.254 2005-04-25 15:26:47 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Lions Gate Films Inc. | Alone in the Dark | PAu 2-828-017 |

**Exhibit A**

**Doe  #33 (71.97.183.241 2005-03-26 21:14:38 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Sideways | PA 1-242-519 |
| Warner Bros. Entertainment Inc. | The Jacket | PA 1-271-538 |