UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Paramount Pictures Corporation
5555 Melrose Avenue
Los Angeles, CA 90038;

Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Burbank, CA 91505;

Universal City Studios Productions LLLP
100 Universal City Plaza
Universal City, CA 91608;

New Line Productions, Inc.
116 N. Robertson Blvd.
Los Angeles, CA 90048;

Columbia Pictures Film Production Asia
Limited
10202 West Washington Blvd.
Culver City, CA 90232;

Columbia Pictures Industries, Inc.
10202 West Washington Blvd.
Culver City, CA 90232;

Disney Enterprises, Inc.
500 South Buena Vista Street
Burbank, CA 91521;

Lions Gate Films, Inc.
2700 Colorado Avenue, Suite 200
Santa Monica, CA 90404;

Sony Pictures Home Entertainment Inc.
10202 West Washington Blvd.
Culver City, CA 90232;

       Plaintiffs,

   v.

       DOES 1 - 33,

       Defendants.

Civil Action No.:  1:05-cv-01695-PLF

## AMENDED NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss Doe Defendants 1-6, 8-10, 12-23 and 26-33 from the above-captioned action **without prejudice**, each side to bear its own costs and attorneys' fees.

NOTICE IS HEREBY FURTHER GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss Doe Defendants 11, 24 and 25 from the above-captioned action **with prejudice**, each side to bear its own costs and attorneys' fees.

Plaintiffs will continue to prosecute this action with respect to Doe Defendant 7.

Respectfully submitted,

Dated: March 17, 2006

_____/s/_____
Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

*Attorneys for Plaintiffs*

2

3