UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
PARAMOUNT PICTURES CORP., et al., )
)
    Plaintiffs, )
)
  v. ) Civil Action No. 05-1695 (PLF)
)
DOE 7, )
)
    Defendant. )
_____)

ORDER

This case was filed on August 25, 2005 against 33 Doe defendants. On August 29, 2005, plaintiffs filed a motion for leave to take discovery prior to the Rule 26(f) conference. Specifically, they sought to serve a Rule 45 subpoena on Verizon Internet Services, Inc. ("Verizon"), or any other entity identified by Verizon as providing network access or online services to one or more of the Doe Defendants, so that they could identify each Doe Defendant. On March 17, 2006, the plaintiffs filed a notice of voluntary dismissal as to 32 of the 33 Doe defendants, stating that they intended to continue prosecuting this case with respect to Defendant Doe 7 only. Except for this notice of dismissal, plaintiffs have taken no action in this case since the Court granted them leave to take discovery a year ago, and have taken no action to prosecute this case with respect to Defendant Doe 7. Accordingly, it is hereby

ORDERED that, on or before September 8, 2006, plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: August 22, 2006                     United States District Judge